FILED _____ LODGED _____
RECEIVED _____
NOV 07 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> DAVID LOCKRIDGE JR., <br> Defendant. | NO. MJ14-5225 <br><br> **COMPLAINT FOR VIOLATIONS** <br><br> Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1)(A), and 2; <br> Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) |

BEFORE, the Honorable J. Richard Creatura, United States Magistrate Judge, Tacoma, Washington.

## COUNT 1
### (Felon in Possession of a Firearm)

On or about March 30, 2014, at Tacoma, within the Western District of Washington, DAVID LOCKRIDGE JR., having been convicted of the following crimes punishable by imprisonment of a term exceeding one year, to wit:

- Attempted Unlawful Possession of a Firearm in the First Degree, Pierce County Superior Court, Cause Number 98-1-01468-9;

COMPLAINT - 1
*UNITED STATES v. DAVID LOCKRIDGE JR.*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- Attempting to Elude a Pursuing Police Vehicle, Pierce County Superior Court, Cause Number 99-1-00497-5;
- Rendering Criminal Assistance in the First Degree and Unlawful Possession of a Firearm in the Second Degree, King County Superior Court, Cause Number 04-C-12145-7; and
- Unlawful Possession of a Controlled Substance with Intent to Distribute, Pierce County Superior Court, Case Number 10-1-03075-3;

did knowingly possess, and did aid and abet the possession of, a firearm, to wit: a Masterpiece Arms 5.7x 28mm caliber semi-automatic pistol, bearing serial number V7337, which had previously traveled in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 2
### (Possession of Cocaine Base with Intent to Distribute)

On or about March 30, 2014, at Tacoma, within the Western District of Washington, DAVID LOCKRIDGE JR., did knowingly and intentionally possess, and did aid and abet the possession of, with intent to distribute, cocaine base ("crack"), a substance controlled under Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 30, 2014, at Tacoma, within the Western District of Washington, DAVID LOCKRIDGE JR., knowingly and intentionally possessed, and did aid and abet the possession of, a firearm, to wit: a Masterpiece Arms 5.7x 28mm caliber

COMPLAINT - 2
UNITED STATES v. DAVID LOCKRIDGE JR.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

semi-automatic pistol, bearing serial number V7337, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, to wit, Possession of Cocaine Base with Intent to Distribute, as charged in Count 2.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

And the Complainant, Special Agent David Roberts of the Bureau of Alcohol, Tobacco, Firearms and Explosives, states that this Complaint is based on the following information.

1. I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF). I have been employed as an ATF Special Agent since October 24, 2010. I am an investigative law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am classified and trained as a Federal Law Enforcement Officer with federal statutory arrest authority. I have completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy taught at the Federal Law Enforcement Training Center located in Glynco, Georgia. Prior to becoming an ATF Special Agent, I had previous training and experience as an Industry Operations Investigator with ATF. I received a Bachelor of Arts Degree in Sociology from the University of Virginia, and a Masters of Arts Degree in Criminal Justice from Temple University.

2. I obtained the following information through personal observations, and through information provided to me by other law enforcement officers, and through discussions with other agents and officers who are familiar with this investigation. I have also participated in conducting background investigations, including criminal histories, pertaining to the investigation for the offense described above. As a result, I am familiar with all aspects of this investigation. However, since this affidavit is being submitted for

UNITED STATES v. DAVID LOCKRIDGE JR.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 the limited purpose of establishing probable cause, I have not included each and every
2 fact known to me concerning this investigation. I have read reports written by law
3 enforcement officers regarding the investigation and arrest of David LOCKRIDGE, Jr.,
4 born in 1978.

5     3.     On March 30, 2014, Tacoma Police officers, working as a two-man unit in
6 a fully marked patrol car, observed a gold Chevrolet Caprice, bearing Washington license
7 plate APC5883. The vehicle was traveling southbound in the 6100 block of McKinley
8 Avenue in the city of Tacoma. Officers observed that the passenger side rear tail light
9 was broken. The vehicle then turned eastbound onto East 62nd Street from McKinley
10 Avenue, where officers initiated a traffic stop.

11     4.     Officers contacted the driver and lone occupant of the vehicle, David
12 LOCKRIDGE Jr., and informed him as to why he was being stopped. After running his
13 name with South Sound 911 Records, officers learned that LOCKRIDGE's driver's
14 license was suspended. Officers then informed LOCKRIDGE that he was being placed
15 under arrest for Driving While License Suspended in the third degree, and he was taken
16 into custody without further incident.

17     5.     While looking into LOCKRIDGE's vehicle from the outside through an
18 open driver's side door, officers observed what they believed to be a small quantity of
19 crack cocaine. The apparent cocaine was located inside of a clear container sitting inside
20 of the center console armrest. The armrest was partially open, and appeared to be broken
21 and unable to be completely closed.

22     6.     After LOCKRIDGE's arrest, his vehicle was towed to a secured parking
23 garage located at the Tacoma Police Headquarters at 3701 South Pine Street, Tacoma.
24 Officers then prepared a search warrant for the vehicle.

25     7.     On March 30, 2014, officers obtained a signed search warrant for
26 LOCKRIDGE's vehicle. Officers recorded the following items as being located and
27 removed from the vehicle during their search. From a "Steelers" backpack found under
28

COMPLAINT - 4
UNITED STATES v. DAVID LOCKRIDGE JR.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   the front driver's seat, officers seized a Masterpiece Arms 5.7x 28mm semi-automatic
2   pistol, bearing serial number V7337, which was loaded with 20 rounds of ammunition in
3   the magazine (which was inserted into the pistol). Police also seized approximately 9.3
4   grams of suspected cocaine base ("crack") from the center armrest; and a small drug scale
5   that was located in the backseat. Other evidence seized during the search of the car
6   included a "Steelers" wallet that held LOCKRIDGE's identification, $900 in U.S.
7   currency, and several photographs of LOCKRIDGE displaying apparent gang signs and
8   wearing apparent gang attire, which was found in the front seat area. All of the seized
9   items was later booked into evidence at the Tacoma Police Headquarters.

10      8.   Based on my knowledge and experience as a certified Interstate Nexus
11  Expert, I determined that the above Masterpiece Arms pistol, which is a "firearm" as
12  defined by federal law, was not manufactured in the State of Washington. As a result, I
13  know that this firearm must have travelled in, and thereby affected, interstate or foreign
14  commerce, in order to be received or possessed in the State of Washington.

15      9.   I have reviewed copies of Felony Judgment and Sentence documents
16  showing that David LOCKRIDGE, Jr. has been convicted for the following crimes, each
17  of which is punishable by imprisonment for a term exceeding one year.

- Attempted Unlawful Possession of a Firearm in the First Degree, Pierce County Superior Court, Cause Number 98-1-01468-9;
- Attempting to Elude a Pursuing Police Vehicle, Pierce County Superior Court, Cause Number 99-1-00497-5;
- Rendering Criminal Assistance in the First Degree and Unlawful Possession of a Firearm in the Second Degree, King County Superior Court, Cause Number 04-C-12145-7; and
- Unlawful Possession of a Controlled Substance with Intent to Distribute, Pierce County Superior Court, Case Number 10-1-03075-3.

COMPLAINT - 5
UNITED STATES v. DAVID LOCKRIDGE JR.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | 10. Based on the foregoing, I respectfully submit that there is probable cause to believe that David LOCKRIDGE, Jr. committed the crimes of: Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); Possession of Cocaine Base with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A). |

*[signature]*

DAVID ROBERTS, Complainant
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence this 7rd day of November, 2014, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

*[signature]*

J. RICHARD CREATURA
United States Magistrate Judge

COMPLAINT - 6
UNITED STATES v. DAVID LOCKRIDGE JR.

COMPLAINT - 6
UNITED STATES v. DAVID LOCKRIDGE JR.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800